UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD O. SALAVE'A,

    Plaintiff,

v.

WASHINGTON CORRECTION CENTER RELIGIOUS PROGRAM,

    Defendant.

Case No. C05-5704FDB

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CAUSE OF ACTION

The Magistrate Judge recommends that this cause of action be dismissed as frivolous for failure of Plaintiff to show how any individual defendant caused or personally participated in the harm nor did he show violation of a any right, privilege, or immunity secured by the U. S. Constitution or Federal law. Plaintiff failed to respond to an order directing the filing of an amended complaint. Plaintiff has filed no objections to the Report and Recommendation.

ACCORDINGLY, IT IS ORDERED:

1. The Court adopts the Report & Recommendation, and this cause of action is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e);

2. The Clerk shall send copies of this order to Plaintiff and to the Honorable Karen L. Strombom.

DATED this 7th day of April, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1